# United States District Court

WESTERN DISTRICT OF WASHINGTON

MISTY ANN COX

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5021RBL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is therefore REMANDED to the administration for further consideration in accordance with the Report and Recommendation.

August 10, 2010
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk